Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16714−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Garro
   325 Thiemarx Terrace
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−8255

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 2, 2019 and a confirmation hearing on such Plan has been scheduled for August 21, 2019: 10AM.

The debtor filed a Modified Plan on August 20, 2019 and a confirmation hearing on the Modified Plan is scheduled for October 2, 2019: 10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 21, 2019
JAN:

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 19-16714-CMG
Luis Garro                                                      Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin             Page 1 of 2             Date Rcvd: Aug 21, 2019
                               Form ID: 186            Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db             +Luis Garro,    325 Thiemarx Terrace,    Skillman, NJ 08558-2633
cr             +Wells Fargo Bank, National Association,    RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
518159625      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
518159626      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
518159627       Bank of America,    P.O. Box 15184,    Wilmington, DE 19850-5184
518159628      +Bank of America,    PO Box 54660,    Los Angeles, CA 90054-0660
518159629      +Blue Star Carting, Inc.,    PO Box 4015,    Dunellen, NJ 08812-4015
518159630      +Branning Collision Centers,    98 Crow Hill Road,    Freehold, NJ 07728-8404
518159638      +CNH Capital America, LLC,    233 Lake Ave.,    Racine, WI 53403-1015
518159635      +Chase,   Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
518159634       Chase,   Bank One Card Serv,    Westerville, OH 43081
518159636      +Chase- Bp,    800 Brooksedge Blv,    Westerville, OH 43081-2822
518159641      +East Wind Agency,    P.O. Box 1009,    Barnegat, NJ 08005-4009
518283482       Emergency Physicians Services of NJ, PA,    PO Box 1123,    Minneapolis MN 55440-1123
518159643      +Er Solutions,    Po Box 9004,    Renton, WA 98057-9004
518159644     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,    1130 Northchase Parkway, Suite 150,
                 Marietta, GA 30067)
518159648      +HSBC Mortgage Services,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
518159647      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
518159649       Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,    Wilmington, DE 19850
518159650      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
518159656     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
518159657      +Nationstar, servicer forWells Fargo Bank,    c/o KML Law Group, P.C.,
                 216 Haddon Avenue, Ste., 406,    Collingswood, NJ 08108-2812
518159660      +Princeton HealthCare System,    PO Box 8500,    Philadelphia, PA 19178-8500
518159663      +RMS,   PO Box 4647,    Lutherville Timonium, MD 21094-4647
518159662      +Relible Wood Products,    1 Caven Point Avenue,    Jersey City, NJ 07305-4603
518159664      +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
518159665      +Sidetrax, Inc.,    c/o Braff, Harris & Sukoneck,    570 W. Mt. Pleasant Ave.,    P.O. Box 657,
                 Livingston, NJ 07039-0657
518159666      +State of New Jersey,    Department of Labor and Workforce Develo,
                 Office of Special Compensation funds,    P.O. Box 389,    Trenton, NJ 08625-0389
518159667      +Sunoco/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
518293454      +WELLS FARGO BANK NATIONAL ASSOCIATION,    PO Box 619096,    Dallas  TX 75261-9096
518247862      +Wells Fargo Bank, National Association,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518159632       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2019 00:01:21      Capital 1 Bank,
                 Attn: C/O TSYS Debt Management,    Po Box 5155,   Norcross, GA 30091
518159637      +E-mail/Text: peretore@peretore.com Aug 21 2019 23:56:23      CNH Capital America,
                 c/o Peretore & Peretore, PC,    191 Woodport Rd,   Sparta, NJ 07871-2607
518159631      +E-mail/Text: ky@caine-weiner.com Aug 21 2019 23:56:38      Caine & Weiner,
                 9931 Corporate Campus Dr,    Louisville, KY 40223-4035
518159639      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 21 2019 23:56:48
                 Credit Collection Services,    Two Wells Avenue,   Newton Center, MA 02459-3246
518159640      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2019 00:01:34      East Bay Funding,
                 c/o Resurgent Capital Services,    P.O. Box 288,   Greenville, SC 29602-0288
518159642      +E-mail/Text: bknotice@ercbpo.com Aug 21 2019 23:56:15      Enhanced Recovery Company, LLc,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
518159645      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 00:01:13      Gemb/jcp,
                 Attention: Bankruptcy,    Po Box 103106,   Roswell, GA 30076-9106
518159646      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 00:02:09      Gemb/walmart,   Po Box 981400,
                 El Paso, TX 79998-1400
518159652       E-mail/Text: cio.bncmail@irs.gov Aug 21 2019 23:55:31      Internal Revenue Service,
                 Cincinnati, OH 45999
518159654      +E-mail/Text: ebn@ltdfin.com Aug 21 2019 23:55:45      LTD Financial Services,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
518165601       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2019 00:01:31      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518159655      +E-mail/Text: bknotices@mbandw.com Aug 21 2019 23:56:33      McCarthy, Burgess & Wolf,
                 26000 Cannon Road,   Bedford, OH 44146-1807
518159658       E-mail/Text: bankruptcydepartment@tsico.com Aug 21 2019 23:56:43      NCo financial Systems, Inc,
                 20 East Clementon Road, #102 North,    Gibbsboro, NJ 08026
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Aug 21, 2019
                              Form ID: 186             Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518159659       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2019 00:02:25
                 PRA Receivables Management, LLC,   c/o Beneficial,   P.O. Box 41067,   Norfolk, VA 23541-1067
518159661       +E-mail/Text: eciarkowski@natureschoicecorp.com Aug 21 2019 23:56:41     Reliable Wood Products,
                 1 Caven Point Avenue,   Jersey City, NJ 07305-4603
518161098       +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 00:02:10     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518159668        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 22 2019 00:02:08     T-Mobile,
                 PO Box 742596,   Cincinnati, OH 45274
518159669       +E-mail/Text: bncmail@w-legal.com Aug 21 2019 23:56:35     Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518159651*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518159633    ##+Cbe Group,   131 Tower Park Dr Suite 100,   Waterloo, IA 50701-9374
518159653    ##+Law Offices of Harold Scherr,   1064 Greenwood Blvd, Suite 328,   Lake Mary, FL 32746-5419
                                                                                       TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   Wells Fargo Bank, National Association
               ajennings@rasflaw.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Luis  Garro mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2005-FR4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2005-FR4 sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```