UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**C**aption in Compliance with D.N.J.  LBR 9004-2(c)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:
**Luis Garro**

Case No.:     19-16714-CMG

Adv. No.:     _____

Hearing Date: _____

Judge:        Christine M Gravelle

# CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the Debtor's in the above-captioned matter.

   ❏ am the secretary/paralegal for _____, who represent the

   _____ in the above captioned matter.

   ❏ am the _____ in the above case and am representing myself.

2. On 08/20/2019, I sent a copy of the following pleadings and/or

   documents to the parties listed in the chart below: :  **I served the Amended Plan.**

3. I hereby certify under penalty of perjury that the above documents were sent using the

   mode of service indicated.

Dated: 09/12/2019                          /s/ Candyce Smith-Sklar
                                           Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Luis Garro<br>325 Thiemarx Terrace<br>Skillman, NJ 08558 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| WELLS FARGO BANK, NATIONAL ASSOCIATION a/b/a Mr. Cooper<br><br>Attn: Bankruptcy<br>PO Box 619096<br>Dallas, TX 75261-9741 `<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| CNH Capital America<br>c/o Peretone & Peretone, PC<br>191 Woodport Road<br>Sparta, NJ 07871 | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| NationStar, Servicer for Wells Fargo<br>c/o KML Law Group, P.C.<br>216 Haddon Avenue, Ste., 406<br>Collingswood, NJ 08108<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>  (as authorized by the court* |
| Sidetrax, Inc.<br>c/o Braff, Harris & Sukoneck<br>570 W. Mt. Pleasant Avenue<br>PO Box 657<br>Livingston, NJ 07039<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>  (as authorized by the court* |
| Sidetrax Parking<br>43 Station Drive<br>Princeton Junction, NJ 08550 | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>  (as authorized by the court* |
| NJ Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>  (as authorized by the court |
| CNH Capital America, LLC<br>233 Lake Avenue<br>Racine, WI 53403<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>  (as authorized by the court*) |
| Internal Revenue Service<br>955 South Springfield Avenue<br>Springfield, NJ 07081<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>  (as authorized by the court*) |

| | | |
|---|---|---|
| Internal Revenue Service<br>Department of the Treasury<br>ACS Support-Stop 5050<br>PO Box 219236<br>Kansa City, MO 64121<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| United States Attorney<br>970 Broad Street 7th Floor<br>Newark, NJ 07101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Assistant Attorney General<br>Department of Justice<br>Tax Divisions, Eastern Region<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| HSBC Mortgage Servvices<br>636 Grand Regency Blvd<br>Brandon, FL 33510<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| All Creditors and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

   * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.