UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo, et al.

In Re:

Luis Garro,

Debtor.

Case No.:       19-16714-CMG

Chapter:             13

Hearing Date:    10/2/2019

Judge:              Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 325 Thiemarx Terrace, Skillman, NJ (Docket # 22)

_____

Date: 10/1/2019                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*