Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Luis Garro



Order Filed on October 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 19-16714-CMG |
| | } | Chapter 13 |
| Luis Garro | } | |
| | } | Hearing Date: 10/2/2019; 9:00 am |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |
| | } | **FILED UNDER 7-DAY RULE** |

### ORDER MODIFYING/REDUCING/ CLAIMS OF INTERNAL REVENUE SERVICE

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: October 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The attorney for the Debtors having filed a motion to reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that **the unsecured priority portion of claim #2,** filed by the Internal Revenue Service ("IRS"), is hereby **reduced to the amount of $10,347.64** since liability for tax periods 2011, 2012 and 2013 were incurred more than three years.

IT IS FURTHER ORDERED AND DIRECTED that the remaining **unsecured general claim** is in the amount of **$25,476.38.**

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Garro  
    Debtor

Case No. 19-16714-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 07, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.  
db          +Luis Garro,   325 Thiemarx Terrace,    Skillman, NJ 08558-2633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com  
          Aleisha Candace Jennings     on behalf of Creditor    Wells Fargo Bank, National Association  
           ajennings@rasflaw.com  
          Candyce Ilene Smith-Sklar    on behalf of Debtor Luis   Garro mail@njpalaw.com,  
           r56958@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor     WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR  
           SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES,  
           SERIES 2005-FR4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald     on behalf of Creditor     WELLS FARGO BANK, NATIONAL ASSOCIATION, AS  
           TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH  
           CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Shauna M Deluca     on behalf of Creditor     WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR  
           SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES,  
           SERIES 2005-FR4 sdeluca@rasflaw.com  
          Sindi  Mncina     on behalf of Creditor    Wells Fargo Bank, National Association  
           smncina@rascrane.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                           TOTAL: 8