| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-16714 / CMG**

Luis Garro

Petition Filed Date: 04/02/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 10/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/29/2019 | $200.00 | 25743204415 | 05/29/2019 | $1,000.00 | 25743204404 | 06/26/2019 | $1,200.00 | 59645280 |
| 08/08/2019 | $1,200.00 | | 09/10/2019 | $1,200.00 | | 10/08/2019 | $1,200.00 | |
| 11/12/2019 | $917.00 | | 12/09/2019 | $917.00 | | | | |

**Total Receipts for the Period: $7,834.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,668.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Luis Garro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CR EVERGREEN/BOA | Unsecured Creditors | $870.85 | $0.00 | $870.85 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2011-2013;2016-2018/ORDER 10/5/19 | Priority Crediors | $10,347.64 | $2,390.60 | $7,957.04 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 10/5/19 ORDER | Unsecured Creditors | $25,476.38 | $0.00 | $25,476.38 |
| 4 | Emergency Physicians Services of NJ, PA<br>»» PRINCETON MED CTR | Unsecured Creditors | $321.00 | $0.00 | $321.00 |
| 5 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>»» P/325 THIEMARX TERR/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $183,517.53 | $0.00 | $183,517.53 |
| 6 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>»» 325 THIEMARX TERRACE/ORDER 10/1/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 7 | HSBC MORTGAGE SERVICES<br>»» P/325 THIERMAX TERR/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CNH Capital America<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | Sidetrax, Inc.<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»» S&U 7/2006 - 6/2013 EST | Secured Creditors<br>Hold Funds: Late Filed Claim | $204,635.81 | $0.00 | $204,635.81 |
| 11 | NJ DIVISION OF TAXATION<br>»» S&U 4/04-12/16;4/12-12/18;7/19-9/18 EST/GIT-ER 4/12-3/19 EST | Priority Crediors<br>Hold Funds: Late Filed Claim | $180,068.53 | $0.00 | $180,068.53 |

**Chapter 13 Case No. 19-16714 / CMG**

| 12 | NJ DIVISION OF TAXATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | »» TGI-EE 2011-2012; 2013 EST/COSTS 5/2014 | No Disbursements: Filed Out of Time | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,668.00 | Plan Balance: | $45,567.00 ** |
| Paid to Claims: | $5,721.60 | Current Monthly Payment: | $917.00 |
| Paid to Trustee: | $542.48 | Arrearages: | ($283.00) |
| Funds on Hand: | $3,403.92 | Total Plan Base: | $55,235.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.