Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Luis Garro



Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No. 19-16714-CMG |
|  | Chapter 13 |
| Luis Garro |  |
|  | Hearing Date: September 2, 2020  9:00 AM |
|  | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |
|  | **FILED UNDER 7-DAY RULE** |

### ORDER DISALLOWING AMENDED PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE AND SETTING CLAIM AMOUNT AS PER PRIOR ORDER

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: November 12, 2020**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

The attorney for the Debtor having filed an objection to the amended claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that the Order of October 5, 2019 be enforced setting the unsecured priority claim to be paid to the Internal Revenue Service at **$10,347.64**; and:

IT IS FURTHER ORDERED AND DIRECTED that the amended proof of claims by the IRS be considered untimely as the matter has already been decided;

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.