Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Luis Garro



Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No. 19-16714-CMG |
| | Chapter 13 |
| Luis Garro | |
| | Hearing Date: September 2, 2020  9:00 AM |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |
| | **FILED UNDER 7-DAY RULE** |

## ORDER DISALLOWING AMENDED PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE AND SETTING CLAIM AMOUNT AS PER PRIOR ORDER

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: November 12, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The attorney for the Debtor having filed an objection to the amended claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that the Order of October 5, 2019 be enforced setting the unsecured priority claim to be paid to the Internal Revenue Service at **$10,347.64**; and:

IT IS FURTHER ORDERED AND DIRECTED that the amended proof of claims by the IRS be considered untimely as the matter has already been decided;

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-16714-CMG
Luis Garro                                                                                       Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                 Page 1 of 2
Date Rcvd: Nov 12, 2020                      Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

**Recip ID          Recipient Name and Address**
db              +   Luis Garro, 325 Thiemarx Terrace, Skillman, NJ 08558-2633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020                           Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**                          **Email Address**

Albert Russo
                                  docs@russotrustee.com

Albert Russo
                                  on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings
                                  on behalf of Creditor Wells Fargo Bank  National Association ajennings@rasflaw.com

Candyce Ilene Smith-Sklar
                                  on behalf of Debtor Luis Garro mail@njpalaw.com  r56958@notify.bestcase.com

Denise E. Carlon
                                  on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET
                                  BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4
                                  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 sdeluca@rasflaw.com

Sindi Mncina
    on behalf of Creditor Wells Fargo Bank  National Association smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9