UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Luis Garro

Debtor(s)

Case No.: 19-16714 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 2/17/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  2/17/2021

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Luis Garro<br>325 Thiemarx Terrace<br>Skillman, NJ   08558 | Debtor(s) | Regular Mail |
| CANDYCE I SMITH-SKLAR, ESQ<br>LAW OFFICES OF SKLAR SMITH-SKLAR, LLC<br>1901 N OLDEN AVENUE<br>STE 22 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |