| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-16714 / CMG

Luis Garro

Petition Filed Date: 04/02/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 10/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $917.00 | | 02/10/2020 | $917.00 | | 04/15/2020 | $920.00 | |
| 04/29/2020 | $917.00 | | 06/03/2020 | $917.00 | | 09/08/2020 | $917.00 | 26608704693 |
| 09/08/2020 | $917.00 | 26608704704 | 10/22/2020 | $917.00 | 26663469827 | 10/22/2020 | $917.00 | 26709710455 |
| 10/22/2020 | $917.00 | 26663131697 | | | | | | |

**Total Receipts for the Period:  $9,173.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,007.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Luis Garro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CR EVERGREEN/BOA | Unsecured Creditors | $870.85 | $0.00 | $870.85 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2011-2013;2016-2018/ORDER 10/5/19 | Priority Crediors | $10,347.64 | $10,347.64 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  10/5/19 ORDER | Unsecured Creditors | $25,476.38 | $83.63 | $25,392.75 |
| 4 | Emergency Physicians Services of NJ, PA<br>»»  PRINCETON MED CTR | Unsecured Creditors | $321.00 | $0.00 | $321.00 |
| 5 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>»»  P/325 THIEMARX TERR/1ST MTG/SV 9/4/20 | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $183,517.53 | $0.00 | $183,517.53 |
| 6 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>»»  325 THIEMARX TERRACE/ORDER 10/1/19/SV 9/4/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 7 | HSBC MORTGAGE SERVICES<br>»»  P/325 THIERMAX TERR/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CNH Capital America<br>»»  LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | Sidetrax, Inc.<br>»»  LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»»  S&U 7/2006 - 6/2013 EST/ ORD 8/24/20 | Secured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»»  S&U 7/2019 -9/2018/ ORD 8/24/20 | Priority Crediors | $68.53 | $68.53 | $0.00 |

**Chapter 13 Case No. 19-16714 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2011-2012; 2013 EST/COSTS 5/2014/ORD 8/24/20 | Unsecured Creditors | $16,201.93 | $53.19 | $16,148.74 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ORDER 8/6/20 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,007.00 | Plan Balance: | $29,694.00 ** |
| Paid to Claims: | $15,833.99 | Current Monthly Payment: | $707.00 |
| Paid to Trustee: | $1,169.10 | Arrearages: | $2,542.00 |
| Funds on Hand: | $3.91 | Total Plan Base: | $46,701.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**