Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtor, Luis Garro**



Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

**In the Matter of**:                }
                                     }   Case No. 19-16714-CMG
Luis Garro                           }
                                     }   Chapter 13
                                     }
**Debtor(s)**                        }

## ORDER PURSUANT TO
## APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: September 28, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$1,000.00** to be paid through the Chapter 13 Plan.

_____