UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

In Re:
Luis Garro

Case No.: __19-16714__

Judge: __CMG__

Chapter: __13__

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.  The applicant, _____Luis Garro_____, is the (check all that apply):

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☒ Debtor:     ☐ Chap. 11   ☒ Chap. 13

    ☐ Official Committee of _____

2.  The applicant seeks to retain the following professional _____Natalie Delory_____ to serve as (check all that apply):

    ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

    ☐ Official Committee of _____

☒ Other Professional:

☒ Realtor  ☐ Appraiser  ☐ Special Counsel

☐ Auctioneer  ☐ Other (specify): _____

3. The employment of the professional is necessary because:
Chapter 13 Debtor desires to sell his property since he cannot keep up with property taxes due to loss of income.

4. The professional has been selected because:
The Realtor has extensive experience in transactions of this nature.

5. The professional services to be rendered are as follows:
Realtor will list property and secure a buyer

6. The proposed arrangement for compensation is as follows:
3.5% commission on sales price at time of closing

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 325 Thiemarx Terrace, Skillman, NJ 08558

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 12/13/2021                         /s/Luis Garro
                                         Signature of Applicant

*rev.8/1/15*

3