Date: August 1, 2018

**CJMLS**
CENTRAL | MULTIPLE LISTING
JERSEY | SYSTEM

## THE CENTRAL JERSEY MULITIPLE LISTING SYSTEM, INC.
## EXCLUSIVE RIGHT TO SELL/RENT LISTING AGREEMENT

MLS # 2205725R

1. SELLERS/LANDLORDS _Rosa Bucci + Luis Garru_ appoint

BROKER (Agency), Keller Williams Elite Realtors

Address 481 Memorial Parkway, Metuchen NJ 08840

Phone: 732-549-1998 , exclusive agent and give BROKER the sole and exclusive right to sell/lease the Property known as:
_325 Thiemary Terrace, Skillman, NJ 08558_

for $ _685,000_ acceptable financing/terms cash / conventional / fha , to lease or rent the property at a monthly rate of $ N/A Listing Agreement begins on _11/27/21_ and continuing until midnight _6/27/22_ Showings starts on _12/5/21_

SELLERS/LANDLORDS grant the listing BROKER the exclusive right to place his or her signs on the property and remove all others, the right to advertise the property and to take any other reasonable action to sell the property. Advertising includes, without limitation, placing the property on internet sites owned by the BROKER, the BROKER'S sales agents, the Central Jersey Multiple Listing System, Inc. (MLS), and third parties. SELLERS/LANDLORDS agree to assist and fully cooperate in the sale or lease of property. SELLERS/LANDLORDS represent that this property is not listed in any manner with any other broker.

Sellers/Landlords permits Internet Display ☑Y ☐ N;  if Yes, Property Address Display ☑Y ☐ N;      Lockbox ☑Y ☐ N

All content, including without limitation any text, remarks, descriptions, videos, photographs and sketches relating to the SELLERS'/LANDLORDS' property will be aggregated with that of other properties listed by participants of MLS into a proprietary compilation owned by MLS.  BROKER and SELLERS/LANDLORDS hereby grant a non-exclusive, perpetual, world-wide limited license to MLS to use, display, reproduce, disseminate, sublicense, create derivatives of and copyright as part of a compilation, all content provided by BROKER and SELLERS/LANDLORDS.

**2. SUBMISSION TO MLS:**

BROKER will immediately submit this listing to be published and distributed by the MLS to the participants of the service who may then act as Subagent of the BROKER or as Buyer's Broker or as Transaction Broker as indicated below, and cooperate in selling/leasing the property. BROKER will immediately inform the MLS of all changes authorized by the SELLERS/LANDORDS and will also notify the MLS as to sales or rental information including price.

**3. COMMISSION ON SALE, LEASE OR RENT, OR EXCHANGE:**

AS SELLERS/LANDLORDS, YOU HAVE THE RIGHT TO INDIVIDUALLY REACH AN AGREEMENT ON ANY FEE, COMMISSION OR OTHER VALUABLE CONSIDERATION WITH ANY BROKER. NO FEE, COMMISSION OR OTHER CONSIDERATION HAS BEEN FIXED BY ANY GOVERNMENTAL AUTHORITY OR BY ANY TRADE ASSOCIATION OR MULTIPLE LISTING SERVICE. Nothing herein is intended to prohibit an individual BROKER from establishing a policy regarding the amount of fee, commission, or other valuable consideration to be charged in transactions by the BROKER. SELLERS agree to pay BROKER a Sale Commission of _3.5%_ ; LANDLORDS, a Lease or Rental Commission of N/A , and a Lease Renewal Commission of N/A on each one-year renewal of the lease if, the sale or exchange, or lease of this property or any part of it, is made by BROKER, cooperating agent, SELLERS/LANDLORDS, or any person during the term of this listing agreement. This commission shall be payable on closing of title or signing of lease.

**4. BROKER PROTECTION:**

The above commission shall also apply if the property is placed under contract of sale or lease 3 months after the expiration or termination of this listing, to a prospect who has been shown the property during the term of the listing, and the property is not the subject of a valid listing agreement with another broker at the time the property is placed under contract or leased.

A commission of N/A would also be due if the premises are sold to a tenant for which a rental commission was payable to the BROKER.

**5. COMMISSION SPLITS:**

LISTING BROKERS USUALLY COOPERATE WITH OTHER BROKERAGE FIRMS BY SHARING INFORMATION ABOUT THEIR LISTINGS AND OFFERING TO PAY PART OF THEIR COMMISSION TO THE FIRM THAT PRODUCES A BUYER/TENANT. THIS IS GENERALLY REFERRED TO AS THE "COMMISSION SPLIT." SOME LISTING BROKERS OFFER TO PAY COMMISSION SPLITS OF A PORTION OF THE GROSS COMMISSION, USUALLY EXPRESSED AS A PERCENTAGE OF THE SELLING/LEASING PRICE, MINUS A SIGNIFICANT DOLLAR AMOUNT. OTHER LISTING BROKERS OFFER A PORTION OF THE GROSS COMMISSION MINUS ONLY A MINIMAL LISTING FEE OR MINUS ZERO. THE AMOUNT OF COMMISSION SPLIT YOUR BROKER OFFERS CAN AFFECT THE EXTENT TO WHICH YOUR PROPERTY IS EXPOSED TO PROSPECTIVE BUYERS/LESSEES WORKING WITH LICENSEES FROM OTHER BROKERAGE FIRMS. ON THIS LISTING, THE BROKER IS OFFERING A COMMISSION SPLIT OF _2.5%_ MINUS $125 TO POTENTIAL COOPERATING BROKERS. IF YOU FEEL THAT THIS MAY RESULT IN YOUR PROPERTY RECEIVING LESS THAN MAXIMUM EXPOSURE, YOU SHOULD DISCUSS THOSE CONCERNS WITH THE LISTING SALESPERSON OR HIS/HER SUPERVISING BROKER.

BY SIGNING THIS LISTING AGREEMENT THE SELLERS/LANDLORDS ACKNOWLEDGE HAVING READ THIS STATEMENT ON COMMISSION SPLITS.

.v Date: January 1, 2017



## 6. AGENCY ARRANGEMENTS:

| **BROKER intends to work with Sellers/Landlords as: (PICK ONLY 1)** | **Sharing of Listing Broker's compensation is authorized as follows:** | | |
|---|---|---|---|
| ☐ Sellers'/Landlords' Agent. | Subagents | Y ☐ @ _____ Cooperation    Compensation | No ☑ Cooperation |
| ☑ Sellers'/Landlords' Agent and Disclosed Dual agent if the opportunity arises. | Buyer-Brokers | Y ☑ @ 2.5 $ 125 Cooperation    Compensation | No ☐ Cooperation |
| ☐ Transaction Broker. | Transaction Brokers | Y ☑ @ 2.5 - $125 | No ☐ |

SELLERS/LANDLORDS and SELLERS'/LANDLORDS' AGENT understand that if a Buyer has been obtained by a Buyer-Agency, which has an Exclusive Buyer-Agency Contract with that Buyer, in such a case the Buyer-Agent is representing the Buyer and has no relationship, fiduciary or otherwise, with the SELLERS/LANDORDS or SELLERS' AGENT, regardless of participation in brokerage fees. BY SIGNING THIS LISTING AGREEMENT, SELLERS/LANDLORDS ACKNOWLEDGE THEY RECEIVED THE CONSUMER INFORMATION STATEMENT ON NEW JERSEY REAL ESTATE RELATIONSHIPS.

## 7. OTHER OBLIGATIONS OF SELLERS/LANDLORDS:

SELLERS/LANDLORDS agree to refer to BROKER every person who contacts SELLERS/LANDLORDS directly during the term of this agreement concerning this listing or the sale, lease or exchange of this property and direct that all negotiations for a sale, lease or exchange shall be made through BROKER named in this listing agreement. Should BUYER require mortgage financing, SELLERS will pay N/A percentage points toward the lending institution mortgage placement fees. SELLERS/LANDLORDS state that they are the only owners of this property and/or that they have the legal right to list and sell it, and that they can and will sign those documents required to transfer good title at closing. SELLERS/LANDLORDS will provide Certificate of Occupancy if required by municipality and/or lending institution and smoke and carbon monoxide detectors and certification(s) as required by law. SELLERS guarantee that upon closing of title, SELLERS will have sufficient funds to satisfy all liens and encumbrances and pay brokerage commission as set forth in Agreement.

SELLERS/LANDLORDS state and believe that the information given and listed is correct and will reimburse BROKER for any expense and loss resulting from relying on that information. SELLERS/LANDLORDS state that their attention has been called to the Memorandum of the Attorney General as printed on the reverse side of this agreement, and that they have received a copy of this agreement.

## 8. ADDENDUM/ADDENDA ATTACHED:

Alternate Commission Agreement ☐Y Number of Attachments: ☐  Exclusive Agency Agreement ☐Y Number of Attachments: ☐

Other Addenda ☐Y Number of Attachments: ☐

☑Residential ☐Condo/Twnhse ☐Co-op ☐2-4 Family ☐Adult ☐Rental ☐Land ☐Commercial ☐Business Opportunity

**ITEMS INCLUDED:** ☐STOVE ☑MICRO ☑D/W ☐WASHER ☑DRYER ☐REFRIG ☐FREEZER

---

## ITEMS EXCLUDED:

**There are no other agreements or conditions other than those stated in this listing agreement and its attachments.**

All blanks must be filled in.  N/A = not applicable — — Any written changes must be initialed by SELLER/LANDLORD.

_____ (L.S.)
Listing Agent Signature

Date Signed  11/27/21

_____
Agency Authorized Representative Signature

Date Signed  11/27/21

_____ (L.S.)  11/27/21
Signature (Husband & Wife & all Sellers/Landlords must sign)    Date

_____ (L.S.)  11/27/2021
Signature (Husband & Wife & all Sellers/Landlords must sign)    Date

Owner's Mailing Address  325 Thiemarx Terrace
Skillman NJ 08558

Owner's Phone No.  609 240 3446