Form 226 – 3004claimntc.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.: 19−16714−CMG
                                    Chapter: 13
                                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Garro
   325 Thiemarx Terrace
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−8255

Employer's Tax I.D. No.:

**Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004**

     Please be advised that Luis Garro the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 08/08/22.

State of New Jersey Office of Special Comp.

Dated: August 9, 2022
JAN: mmf

                                                                          Jeanne Naughton
                                                                          Clerk