DONALD V. VALENZANO, JR - 011282010

**PRESSLER, FELT & WARSHAW, LLP**
ATTORNEYS AT LAW
7 Entin Rd.
Parsippany, NJ 07054-5020
Office: (973) 753-5100
Toll Free: (888)312-8600
Fax: (973) 753-5353
Website: pfwattorneys.com

SHELDON H. PRESSLER (1955-2017)
------------------
GERARD J. FELT (NJ)
DAVID B. WARSHAW (NJ, NY, MA)
------------------
MICHAEL J. PETERS (NJ, NY)
CHRISTOPHER P. ODOGBILI (NJ)
DARREN H. TANAKA (NJ, NY)
FRANCIS X. GRIMES (NJ, PA)
CRAIG S. STILLER (NJ, NY, PA)
IAN Z. WINOGRAD (NJ, NY, PA, DC)
DONALD V. VALENZANO JR. (NJ, NY)

PATRICK WONG (NJ, NY)
JESSE R. BARREIRO (NJ, IL)
HOWARD SCHACHTER (NJ, NY)
MATTHEW J. MARTELLO (NJ, PA)
THEOLOGIA PAPADELIAS (NJ)
GERARDINO DI POPOLO (NJ)
SEAN P. STEVENS (PA)
CHRISTOPHER P. DELCIOPPIO (NJ,NY)

RYAN R. TAPPAN (NY)
STEPHEN E. LUNDY (NJ))
CHRISTOPHER B. CARFAGNO (PA)
LLOYD GARNER (NJ)
DANTE P. CIANNI (NJ)
NICHOLAS DEENIS (NJ, PA)
DANIEL J. SANTUCCI (NJ,PA)
NURSEDA KUCUKKARCA (NJ,NY)

NY Office:
305 Broadway, Suite 802
New York, NY 10007

PA Office:
400 Horsham Rd. Suite 110
Horsham, PA 19044

Office Hours:
Monday-Friday: 8am-6pm
DCWP License Number: 2069242-DCA
[X] New Jersey Office [ ] New York Office [ ] Pennsylvania Office

SEPTEMBER 1, 2022

<u>Via ECF</u>
HON. CHRISTINE M GRAVELLE
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Re:   IN RE LUIS GARRO
      UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY
      CASE NO.:  19-16714-CMG
      RE:  DEBTOR MOTION TO AVOID/CANCEL CREDITOR'S JUDGMENT LIEN
      PFW FILE NUMBER: L139307A

To Hon. Christine M Gravelle:

This firm represents the Creditor, State of New Jersey, Office of Special Compensation Funds (the "Creditor"), in the above-referenced bankruptcy case. This office is in receipt of Debtor Luis Garro's Motion to Avoid and Cancel Judgment Lien that is presently returnable on September 7, 2022 (the "Motion"). Please accept this letter in response to the Motion.

Creditor has reviewed its case and is in the process of voluntarily vacating its judgment. That process is underway, though does take time as Creditor must file the pertinent paperwork through the appropriate channels with the New Jersey Superior Court. Accordingly, Creditor respectfully requests that the Court deny the instant Motion as moot. Alternatively, Creditor respectfully requests that the Court adjourn the Motion to afford sufficient time for the process (vacatur of Creditor's judgment) may be completed.

If the Court has any questions regarding this submission, or any other issues or concerns, please feel free to contact me using the above-information. Thank you for the Court's courtesies.

Respectfully Submitted,

PRESSLER, FELT & WARSHAW, LLP

/s/ Donald V. Valenzano Jr.
DONALD V. VALENZANO, JR

**This communication is from a debt collector.**

<u>Via ECF</u>
CC: CANDYCE I SMITH-SKLAR
    SKLAR SMITH-SKLAR
    1901 N OLDEN AVE SUITE 22
    EWING, NJ 08618

<u>Via ECF</u>
ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650