Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−16714−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Garro
   325 Thiemarx Terrace
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−8255

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 1, 2020.

On September 1, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:    October 5, 2022
Time:    10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 1, 2022
JAN: wdr

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-16714-CMG

Luis Garro  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Sep 01, 2022  Form ID: 185  Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Garro, 325 Thiemarx Terrace, Skillman, NJ 08558-2633 |
| r | + | Kristopher Kuziw, 170 Inman Avenue, Colonia, NJ 07067-1822 |
| r | + | Natalie Delory, Keller Williams Elite Realtors, 481 Memorial Parkway, Metuchen, NJ 08840-1766 |
| 518159625 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 518159629 | + | Blue Star Carting, Inc., PO Box 4015, Dunellen, NJ 08812-4015 |
| 518159630 | + | Branning Collision Centers, 98 Crow Hill Road, Freehold, NJ 07728-8404 |
| 518159637 | + | CNH Capital America, c/o Peretore & Peretore, PC, 191 Woodport Rd, Sparta, NJ 07871-2607 |
| 518159638 | + | CNH Capital America, LLC, 233 Lake Ave., Racine, WI 53403-1015 |
| 518159641 | + | East Wind Agency, P.O. Box 1009, Barnegat, NJ 08005-4009 |
| 518283482 | | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518159644 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 518159657 | + | Nationstar, servicer forWells Fargo Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste., 406, Collingswood, NJ 08108-2812 |
| 518159660 | + | Princeton HealthCare System, PO Box 8500, Philadelphia, PA 19178-8500 |
| 518159663 | + | RMS, PO Box 4647, Lutherville Timonium, MD 21094-4647 |
| 518159662 | + | Relible Wood Products, 1 Caven Point Avenue, Jersey City, NJ 07305-4603 |
| 518159665 | + | Sidetrax, Inc., c/o Braff, Harris & Sukoneck, 570 W. Mt. Pleasant Ave., P.O. Box 657, Livingston, NJ 07039-0657 |
| 518159666 | | State of New Jersey, Department of Labor and Workforce Develo, Office of Special Compensation funds, P.O. Box 389, Trenton, NJ 08625-0389 |
| 518615604 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519676972 | + | State of New Jersey of Special Compensation Funds, PO Box 399, Trenton, NJ 08625-0399 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: signed.order@pfwattorneys.com | Sep 01 2022 20:58:00 | State of New Jersey, Office of Special Compensatio, C/O Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 01 2022 20:58:00 | Wells Fargo Bank, National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518159626 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 01 2022 20:58:00 | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |

Case 19-16714-CMG    Doc 104    Filed 09/03/22    Entered 09/04/22 00:11:44    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: 185 | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518159627 | | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 01 2022 20:58:00 | Bank of America, P.O. Box 15184, Wilmington, DE 19850-5184 |
| 518159628 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 01 2022 20:58:00 | Bank of America, PO Box 54660, Los Angeles, CA 90054-0660 |
| 518159632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2022 21:07:02 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518159631 | + | Email/Text: ky@caine-weiner.com | Sep 01 2022 20:58:00 | Caine & Weiner, 9931 Corporate Campus Dr, Louisville, KY 40223-4043 |
| 518159633 | ^ | MEBN | Sep 01 2022 20:55:56 | Cbe Group, 131 Tower Park Dr Suite 100, Waterloo, IA 50701-9374 |
| 518159639 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 01 2022 20:58:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518159640 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2022 21:07:12 | East Bay Funding, c/o Resurgent Capital Services, P.O. Box 288, Greenville, SC 29602-0288 |
| 518159642 | + | Email/Text: bknotice@ercbpo.com | Sep 01 2022 20:58:00 | Enhanced Recovery Company, LLc, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518159643 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 01 2022 20:58:00 | Er Solutions, Po Box 9004, Renton, WA 98057-9004 |
| 518159645 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 21:07:05 | Gemb/jcp, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 518159646 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 21:07:05 | Gemb/walmart, Po Box 981400, El Paso, TX 79998-1400 |
| 518159648 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 01 2022 20:58:00 | HSBC Mortgage Services, 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 518159647 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 01 2022 20:58:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 518159649 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 01 2022 20:58:00 | Hsbc/rs, Hsbc Retail Services Attn: Bankruptcy, Po Box 15522, Wilmington, DE 19850 |
| 518159650 | | Email/Text: Bankruptcy@ICSystem.com | Sep 01 2022 20:58:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 518159652 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2022 20:58:00 | Internal Revenue Service, Cincinnati, OH 45999 |
| 518159635 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2022 21:07:26 | Chase, Attn: Bankruptcy Dept, Po Box 100018, Kennesaw, GA 30156 |
| 518159634 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2022 21:07:25 | Chase, Bank One Card Serv, Westerville, OH 43081 |
| 518159636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2022 21:07:01 | Chase- Bp, 800 Brooksedge Blv, Westerville, OH 43081 |
| 518159654 | + | Email/Text: ebn@ltdfin.com | Sep 01 2022 20:58:00 | LTD Financial Services, 7322 Southwest Freeway Suite 1600, Houston, TX 77074-2134 |
| 518165601 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2022 21:07:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518159655 | + | Email/Text: bknotices@mbandw.com | Sep 01 2022 20:58:00 | McCarthy, Burgess & Wolf, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 518159656 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 01 2022 20:58:00 | Nationstar Mortgage, Attn: Bankruptcy, 350 Highland Drive, Lewisville, TX 75067 |
| 518159658 | | Email/Text: bankruptcydepartment@tsico.com | Sep 01 2022 20:58:00 | NCo financial Systems, Inc, 20 East Clementon Road, #102 North, Gibbsboro, NJ 08026 |
| 518159659 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2022 21:07:10 | PRA Receivables Management, LLC, c/o Beneficial, P.O. Box 41067, Norfolk, VA 23541-1067 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518159661 | + | Email/Text: eciarkowski@natureschoicecorp.com | Sep 01 2022 20:58:00 | Reliable Wood Products, 1 Caven Point Avenue, Jersey City, NJ 07305-4603 |
| 518159664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2022 21:07:11 | Sears/cbsd, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 518159667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2022 21:07:46 | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518161098 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 21:07:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518159668 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 01 2022 21:07:25 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518159669 | + | Email/Text: bncmail@w-legal.com | Sep 01 2022 20:58:00 | Vanda, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518293454 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 01 2022 20:58:00 | WELLS FARGO BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |
| 518247862 | + | Email/Text: RASEBN@raslg.com | Sep 01 2022 20:58:00 | Wells Fargo Bank, National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518159651 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518159653 | ##+ | Law Offices of Harold Scherr, 1064 Greenwood Blvd, Suite 328, Lake Mary, FL 32746-5419 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: 185 | Total Noticed: 57 |

Candyce Ilene Smith-Sklar
    on behalf of Debtor Luis Garro njpalaw@gmail.com  r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald Victor Valenzano, Jr.
    on behalf of Creditor State of New Jersey  Office of Special Compensation Funds, Uninsured Employer's Fund dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com

Kevin Gordon McDonald
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Wells Fargo Bank  National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10