UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luis Garro

Case No.: 19-16714-CMG

Hearing Date: 9/21/22

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form: ☑ Followed ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Avoid Lien of New Jersey Office of Special Compensation Funds

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____July 27_____, 20 22  by Candyce Ilene Smith-Sklar  on behalf of the debtor     for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*