UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: _____ 19-16714-CMG _____ |
| Luis Garro | Hearing Date: _____ 9/21/22 _____ |
| | Judge: _____ Christine M. Gravelle _____ |
| | Chapter: _____ 13 _____ |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
_____ to File Claim After Claims Bar Date june 11, 2019 _____

The relief set forth on the following page is hereby **ORDERED**.

........

**DATED: September 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____August 23_____, 20 22  by

Candyce Ilene Smith-Sklar  on behalf of the debtor_____  for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*