# *Law Offices of Sklar Smith-Sklar*_____

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey   08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania   • (267) 575-4953

Candyce I. Smith-Sklar, Esq., Ph.D.                                                    Admitted to PA & NJ Bars
Keith D. Sklar, Esq.                                                                   Admitted to PA & NJ Bars

September 27, 2022

Honorable Christine M Gravelle, Judge
United States Bankruptcy Court
420 East State Street
Trenton, NJ 08608

**Re: Luis Garro, Case No. 19-16714**
    **Withdrawal of Modified Chapter 13 Plan, under (Docket #100)**

To Hon. Christine M Gravelle, Judge:

   Please withdraw our Modified Chapter 13 Plan, under Docket #100 since it will replace another modified plan to be filed.

   Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce I. Smith-Sklar_____

Candyce I. Smith Sklar, Esq.