| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 19-16714 / CMG

Luis Garro

Petition Filed Date: 04/02/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 10/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2022 | $770.00 | 27815709104 | 07/26/2022 | $1,000.00 | 28228149347 | 07/26/2022 | $1,000.00 | 28228149358 |
| 09/02/2022 | $500.00 | 27972523080 | 10/05/2022 | $500.00 | 28228181973 | 01/20/2023 | $1,000.00 | |

**Total Receipts for the Period: $4,770.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,797.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Luis Garro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CR EVERGREEN/BOA | Unsecured Creditors | $870.85 | $194.07 | $676.78 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2011-2013;2016-2018/ORDER 10/5/19 | Priority Crediors | $10,347.64 | $10,347.64 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 10/5/19 ORDER | Unsecured Creditors | $25,476.38 | $5,677.42 | $19,798.96 |
| 4 | Emergency Physicians Services of NJ, PA<br>»» PRINCETON MED CTR | Unsecured Creditors | $321.00 | $71.54 | $249.46 |
| 5 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>»» P/325 THIEMARX TERR/1ST MTG/SV 9/4/20 | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $183,517.53 | $0.00 | $183,517.53 |
| 6 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>»» 325 THIEMARX TERRACE/ORDER 10/1/19/SV 9/4/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 7 | HSBC MORTGAGE SERVICES<br>»» P/325 THIERMAX TERR/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CNH Capital America<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | Sidetrax, Inc.<br>»» LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»» S&U 7/2006 - 6/2013 EST/ ORD 8/24/20 | Secured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»» S&U 7/2019 -9/2018/ ORD 8/24/20 | Priority Crediors | $68.53 | $68.53 | $0.00 |

**Chapter 13 Case No. 19-16714 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2011-2012; 2013 EST/COSTS 5/2014/ORD 8/24/20 | Unsecured Creditors | $16,201.93 | $3,610.61 | $12,591.32 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ORDER 8/6/20 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ORDER 9/28/21 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 13 | STATE OF NJ OFFICE OF SPECIAL COMP.<br>»» WORKER'S COMP (FILED BY DEBTOR'S ATTY | Secured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 14 | NJ DEPT OF LABOR<br>»» WAGES, FEES & PENALTIES/DJ-270894-10 | Secured Creditors<br>Hold Funds: Late Filed Claim | $5,794.10 | $0.00 | $5,794.10 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,797.00 | Plan Balance: | $33,020.00 ** |
| Paid to Claims: | $26,250.81 | Current Monthly Payment: | $810.00 |
| Paid to Trustee: | $2,154.19 | Arrearages: | $3,050.00 |
| Funds on Hand: | $1,392.00 | Total Plan Base: | $62,817.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.