Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16714−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Luis Garro
325 Thiemarx Terrace
Skillman, NJ 08558

Social Security No.:
xxx−xx−8255

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on November 21, 2022.

On May 17, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: June 21, 2023
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 17, 2023
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 19-16714-CMG

Luis Garro Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4

Date Rcvd: May 17, 2023 Form ID: 185 Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Garro, 325 Thiemarx Terrace, Skillman, NJ 08558-2633 |
| r | + | Claudia Montero, 221 60th Street, Suite 1R, West New York, NY 07093-6219 |
| r | + | Kristopher Kuziw, 170 Inman Avenue, Colonia, NJ 07067-1822 |
| r | + | Natalie Delory, Keller Williams Elite Realtors, 481 Memorial Parkway, Metuchen, NJ 08840-1766 |
| 518159625 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 518159629 | + | Blue Star Carting, Inc., PO Box 4015, Dunellen, NJ 08812-4015 |
| 518159630 | + | Branning Collision Centers, 98 Crow Hill Road, Freehold, NJ 07728-8404 |
| 518159637 | + | CNH Capital America, c/o Peretore & Peretore, PC, 191 Woodport Rd, Sparta, NJ 07871-2607 |
| 518159638 | + | CNH Capital America, LLC, 233 Lake Ave., Racine, WI 53403-1015 |
| 518159641 | + | East Wind Agency, P.O. Box 1009, Barnegat, NJ 08005-4009 |
| 518159644 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 518159653 | + | Law Offices of Harold Scherr, 1064 Greenwood Blvd, Suite 328, Lake Mary, FL 32746-5419 |
| 518159655 | + | McCarthy, Burgess & Wolf, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 518159657 | + | Nationstar, servicer forWells Fargo Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste., 406, Collingswood, NJ 08108-2812 |
| 518159660 | + | Princeton HealthCare System, PO Box 8500, Philadelphia, PA 19178-8500 |
| 518159663 | + | RMS, PO Box 4647, Lutherville Timonium, MD 21094-4647 |
| 518159662 | + | Relible Wood Products, 1 Caven Point Avenue, Jersey City, NJ 07305-4603 |
| 518159665 | + | Sidetrax, Inc., c/o Braff, Harris & Sukoneck, 570 W. Mt. Pleasant Ave., P.O. Box 657, Livingston, NJ 07039-0657 |
| 518159666 | + | State of New Jersey, Department of Labor and Workforce Develo, Office of Special Compensation funds, P.O. Box 389, Trenton, NJ 08625-0389 |
| 518615604 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519676972 | + | State of New Jersey of Special Compensation Funds, PO Box 399, Trenton, NJ 08625-0399 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: signed.order@pfwattorneys.com | May 17 2023 20:44:00 | State of New Jersey, Office of Special Compensatio, C/O Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| cr | + | Email/Text: RASEBN@raslg.com | May 17 2023 20:44:00 | Wells Fargo Bank, National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518159626 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 17 2023 20:44:00 | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 518159627 | | Email/Text: mortgagebkcorrespondence@bofa.com | May 17 2023 20:44:00 | Bank of America, P.O. Box 15184, Wilmington, |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19850-5184 |
| 518159628 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 17 2023 20:44:00 | Bank of America, PO Box 54660, Los Angeles, CA 90054-0660 |
| 518159632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 20:43:58 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518159631 | + | Email/Text: ky@caine-weiner.com | May 17 2023 20:45:00 | Caine & Weiner, 9931 Corporate Campus Dr, Louisville, KY 40223-4043 |
| 518159633 | ^ | MEBN | May 17 2023 20:37:39 | Cbe Group, 131 Tower Park Dr Suite 100, Waterloo, IA 50701-9374 |
| 518159639 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2023 20:45:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518159640 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 20:43:52 | East Bay Funding, c/o Resurgent Capital Services, P.O. Box 288, Greenville, SC 29602-0288 |
| 518283482 | ^ | MEBN | May 17 2023 20:37:50 | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518159642 | + | Email/Text: bknotice@ercbpo.com | May 17 2023 20:45:00 | Enhanced Recovery Company, LLc, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518159643 | + | Email/Text: convergent@ebn.phinsolutions.com | May 17 2023 20:45:00 | Er Solutions, Po Box 9004, Renton, WA 98057-9004 |
| 518159645 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 20:43:48 | Gemb/jcp, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 518159646 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 20:54:35 | Gemb/walmart, Po Box 981400, El Paso, TX 79998-1400 |
| 518159648 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 17 2023 20:44:00 | HSBC Mortgage Services, 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 518159647 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 17 2023 20:44:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 518159649 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 17 2023 20:44:00 | Hsbc/rs, Hsbc Retail Services Attn: Bankruptcy, Po Box 15522, Wilmington, DE 19850 |
| 518159650 | + | Email/Text: Bankruptcy@ICSystem.com | May 17 2023 20:44:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518159652 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2023 20:44:00 | Internal Revenue Service, Cincinnati, OH 45999 |
| 518159635 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 20:54:23 | Chase, Attn: Bankruptcy Dept, Po Box 100018, Kennesaw, GA 30156 |
| 518159634 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 20:54:47 | Chase, Bank One Card Serv, Westerville, OH 43081 |
| 518159636 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 20:54:34 | Chase- Bp, 800 Brooksedge Blv, Westerville, OH 43081 |
| 518159654 | + | Email/Text: ebn@ltdfin.com | May 17 2023 20:44:00 | LTD Financial Services, 7322 Southwest Freeway Suite 1600, Houston, TX 77074-2134 |
| 518165601 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 20:42:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518159656 | | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2023 20:44:00 | Nationstar Mortgage, Attn: Bankruptcy, 350 Highland Drive, Lewisville, TX 75067 |
| 518159658 | | Email/Text: bankruptcydepartment@tsico.com | May 17 2023 20:45:00 | NCo financial Systems, Inc, 20 East Clementon Road, #102 North, Gibbsboro, NJ 08026 |
| 518159659 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 20:42:26 | PRA Receivables Management, LLC, c/o Beneficial, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 518159661 | + | Email/Text: eciarkowski@natureschoicecorp.com | May 17 2023 20:45:00 | Reliable Wood Products, 1 Caven Point Avenue, |

| | | | |
|---|---|---|---|
| | | | Jersey City, NJ 07305-4603 |
| 518159664 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2023 20:54:36 | Sears/cbsd, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 518159667 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2023 20:43:18 | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518161098 | + Email/PDF: gecsedi@recoverycorp.com | May 17 2023 20:54:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518159668 | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 17 2023 20:54:50 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518159669 | + Email/Text: bncmail@w-legal.com | May 17 2023 20:45:00 | Vanda, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518293454 | + Email/Text: nsm_bk_notices@mrcooper.com | May 17 2023 20:44:00 | WELLS FARGO BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |
| 518247862 | + Email/Text: RASEBN@raslg.com | May 17 2023 20:44:00 | Wells Fargo Bank, National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518159651 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank National Association ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Luis Garro njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor State of New Jersey Office of Special Compensation Funds, Uninsured Employer's Fund dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com |
| Kevin Gordon McDonald | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank National Association smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10