| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **LAW OFFICE SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor |
| In Re:<br><br>　　　Luis Garro<br><br>　　　Debtor |

Order Filed on June 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-16714-CMG

Adv. No.:

Hearing Date: 06/21/23; 9:00am

Judge: Hon. Christine M. Gravelle

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 21, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon consideration of Candyce I. Smith-Sklar's motion for an order allowing the late proof of claim filed on behalf of State of New Jersey Department of Labor Division of Wages and Hour Compliance, and requesting to set the claim amount, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The proof of claim filed for the State of New Jersey Department of Labor Division of Wages and Hour Compliance is hereby set and allowed in the following amount:

    a. Secured Claim amount: $5,794.10

2. A modified plan will be filed to include the proof of claim # 7 for State of New Jersey Department of Labor to be paid through the debtor's Chapter 13 plan.