| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LAW OFFICE SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor | Order Filed on June 21, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Luis Garro<br><br>    Debtor | Case No.: 19-16714-CMG<br><br>Adv. No.:<br><br>Hearing Date: 06/21/23; 9:00am<br><br>Judge: Hon. Christine M. Gravelle |

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 21, 2023**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Upon consideration of Candyce I. Smith-Sklar's motion for an order allowing the late proof of claim filed on behalf of State of New Jersey Department of Labor Division of Wages and Hour Compliance, and requesting to set the claim amount, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The proof of claim filed for the State of New Jersey Department of Labor Division of Wages and Hour Compliance is hereby set and allowed in the following amount:

    a. Secured Claim amount: $5,794.10

2. A modified plan will be filed to include the proof of claim # 7 for State of New Jersey Department of Labor to be paid through the debtor's Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-16714-CMG

Luis Garro  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jun 22, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Luis Garro, 325 Thiemarx Terrace, Skillman, NJ 08558-2633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Luis Garro njpalaw@gmail.com  r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald Victor Valenzano, Jr.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor State of New Jersey Office of Special Compensation Funds, Uninsured Employer's Fund dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com

Kevin Gordon McDonald

on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Shauna M Deluca

on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor Wells Fargo Bank National Association smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10