Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16714−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Luis Garro
    325 Thiemarx Terrace
    Skillman, NJ 08558

Social Security No.:
    xxx−xx−8255

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 23, 2023.

Dated: June 23, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-16714-CMG |
| Luis Garro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 23, 2023 | Form ID: plncf13 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Garro, 325 Thiemarx Terrace, Skillman, NJ 08558-2633 |
| r | + | Claudia Montero, 221 60th Street, Suite 1R, West New York, NY 07093-6219 |
| r | + | Kristopher Kuziw, 170 Inman Avenue, Colonia, NJ 07067-1822 |
| r | + | Natalie Delory, Keller Williams Elite Realtors, 481 Memorial Parkway, Metuchen, NJ 08840-1766 |
| 518159625 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 518159629 | + | Blue Star Carting, Inc., PO Box 4015, Dunellen, NJ 08812-4015 |
| 518159630 | + | Branning Collision Centers, 98 Crow Hill Road, Freehold, NJ 07728-8404 |
| 518159637 | + | CNH Capital America, c/o Peretore & Peretore, PC, 191 Woodport Rd, Sparta, NJ 07871-2607 |
| 518159638 | + | CNH Capital America, LLC, 233 Lake Ave., Racine, WI 53403-1015 |
| 518159641 | + | East Wind Agency, P.O. Box 1009, Barnegat, NJ 08005-4009 |
| 518283482 | | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518159644 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 518159653 | + | Law Offices of Harold Scherr, 1064 Greenwood Blvd, Suite 328, Lake Mary, FL 32746-5419 |
| 518159655 | + | McCarthy, Burgess & Wolf, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 518159657 | + | Nationstar, servicer forWells Fargo Bank, c/o KML Law Group, P.C., 216 Haddon Avenue, Ste., 406, Collingswood, NJ 08108-2812 |
| 518159660 | + | Princeton HealthCare System, PO Box 8500, Philadelphia, PA 19178-8500 |
| 518159663 | + | RMS, PO Box 4647, Lutherville Timonium, MD 21094-4647 |
| 518159662 | + | Relible Wood Products, 1 Caven Point Avenue, Jersey City, NJ 07305-4603 |
| 518159665 | + | Sidetrax, Inc., c/o Braff, Harris & Sukoneck, 570 W. Mt. Pleasant Ave., P.O. Box 657, Livingston, NJ 07039-0657 |
| 518615604 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518159666 | + | State of New Jersey, Department of Labor and Workforce Develo, Office of Special Compensation funds, P.O. Box 389, Trenton, NJ 08625-0389 |
| 519676972 | + | State of New Jersey of Special Compensation Funds, PO Box 399, Trenton, NJ 08625-0399 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: signed.order@pfwattorneys.com | Jun 23 2023 20:43:00 | State of New Jersey, Office of Special Compensatio, C/O Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 23 2023 20:43:00 | Wells Fargo Bank, National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518159626 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 23 2023 20:44:00 | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |

Case 19-16714-CMG    Doc 140    Filed 06/25/23    Entered 06/26/23 00:18:35    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: plncf13 | Total Noticed: 59 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518159627 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 23 2023 20:44:00 | Bank of America, P.O. Box 15184, Wilmington, DE 19850-5184 |
| 518159628 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 23 2023 20:44:00 | Bank of America, PO Box 54660, Los Angeles, CA 90054-0660 |
| 518159632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2023 20:52:04 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518159631 | + | Email/Text: ky@caine-weiner.com | Jun 23 2023 20:44:00 | Caine & Weiner, 9931 Corporate Campus Dr, Louisville, KY 40223-4043 |
| 518159633 | ^ | MEBN | Jun 23 2023 20:40:36 | Cbe Group, 131 Tower Park Dr Suite 100, Waterloo, IA 50701-9374 |
| 518159639 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 23 2023 20:44:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518159640 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2023 20:52:06 | East Bay Funding, c/o Resurgent Capital Services, P.O. Box 288, Greenville, SC 29602-0288 |
| 518283482 | | Email/Text: BNCnotices@dcmservices.com | Jun 23 2023 20:44:00 | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518159642 | + | Email/Text: bknotice@ercbpo.com | Jun 23 2023 20:44:00 | Enhanced Recovery Company, LLc, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518159643 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 23 2023 20:44:00 | Er Solutions, Po Box 9004, Renton, WA 98057-9004 |
| 518159645 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 21:03:15 | Gemb/jcp, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 518159646 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 21:03:23 | Gemb/walmart, Po Box 981400, El Paso, TX 79998-1400 |
| 518159648 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 23 2023 20:43:00 | HSBC Mortgage Services, 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 518159647 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 23 2023 20:43:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 518159649 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 23 2023 20:43:00 | Hsbc/rs, Hsbc Retail Services Attn: Bankruptcy, Po Box 15522, Wilmington, DE 19850 |
| 518159650 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 23 2023 20:43:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518159652 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 20:44:00 | Internal Revenue Service, Cincinnati, OH 45999 |
| 518159635 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2023 21:03:18 | Chase, Attn: Bankruptcy Dept, Po Box 100018, Kennesaw, GA 30156 |
| 518159634 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2023 20:52:06 | Chase, Bank One Card Serv, Westerville, OH 43081 |
| 518159636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2023 21:03:07 | Chase- Bp, 800 Brooksedge Blv, Westerville, OH 43081 |
| 518159654 | + | Email/Text: ebn@ltdfin.com | Jun 23 2023 20:44:00 | LTD Financial Services, 7322 Southwest Freeway Suite 1600, Houston, TX 77074-2134 |
| 518165601 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2023 21:03:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518159656 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | Nationstar Mortgage, Attn: Bankruptcy, 350 Highland Drive, Lewisville, TX 75067 |
| 518159658 | | Email/Text: bankruptcydepartment@tsico.com | Jun 23 2023 20:44:00 | NCo financial Systems, Inc, 20 East Clementon Road, #102 North, Gibbsboro, NJ 08026 |
| 518159659 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 21:13:40 | PRA Receivables Management, LLC, c/o Beneficial, P.O. Box 41067, Norfolk, VA 23541-1067 |

Case 19-16714-CMG   Doc 140   Filed 06/25/23   Entered 06/26/23 00:18:35   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: plncf13 | Total Noticed: 59 |

| Recip ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 518159661 | + | Email/Text: eciarkowski@natureschoicecorp.com | Jun 23 2023 20:44:00 | Reliable Wood Products, 1 Caven Point Avenue, Jersey City, NJ 07305-4603 |
| 518159664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 21:03:20 | Sears/cbsd, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 518159667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 20:52:54 | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518161098 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 21:03:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518159668 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 23 2023 20:51:59 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518159669 | + | Email/Text: bncmail@w-legal.com | Jun 23 2023 20:44:00 | Vanda, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518293454 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | WELLS FARGO BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |
| 518247862 | + | Email/Text: RASEBN@raslg.com | Jun 23 2023 20:43:00 | Wells Fargo Bank, National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518159651 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 25, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank National Association ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Luis Garro njpalaw@gmail.com r56958@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 23, 2023 | Form ID: plncf13 | Total Noticed: 59 |

Denise E. Carlon
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald Victor Valenzano, Jr.
    on behalf of Creditor State of New Jersey  Office of Special Compensation Funds, Uninsured Employer's Fund dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com

Kevin Gordon McDonald
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR4 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Wells Fargo Bank  National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10