Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16714−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Luis Garro
 325 Thiemarx Terrace
 Skillman, NJ 08558

Social Security No.:
 xxx−xx−8255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/1/23 at 09:00 AM

to consider and act upon the following:

*141* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/9/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/10/23

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court